

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2015

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian of the Estate of
Minerva Clementina Ramirez, an Incapacitated Person,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On September 16, 2015, we ordered Zapata County District Clerk Dora Martinez Castañon to, on or before September 28, 2015, either: (1) electronically file the clerk's record; or (2) file a written request to file the record in paper form detailing the reason the record cannot be filed electronically and the actions being taken to ensure that future clerk's records will be electronically filed. In our order, we noted that "[e]ffective January 1, 2014, all clerk's records must be filed electronically unless this court grants permission to file the record in paper form. TEX. R. APP. P. Appx. C."

On October 9, 2015, we received a response from the District Clerk representing to this Court that the District Clerk expects "case management and scanners to work in conjunction with e-filing" to be in place by early November 2015. We construe this response as a motion for extension of time to file the electronic record.

In light of the response, and the Supreme Court of Texas's e-filing mandate, we **ORDER** Zapata County District Clerk Dora Martinez Castañon to, on or before November 10, 2015, electronically file the clerk's record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2015.



Keith E. Hottle
Clerk of Court